UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RON THOMAS LISANO,<br><br>                Plaintiff,<br>  v.<br><br>MEGAN FRAZIER,<br><br>                Defendant. | CASE NO. 2:25-cv-01643-KKE-GJL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of Magistrate Judge Grady J. Leupold. Dkt. No. 9. In the R&R, Judge Leupold recommended dismissal of Plaintiff's proposed complaint with prejudice and without leave to amend under 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e)(2) owing to Defendant's absolute quasi-judicial immunity and Plaintiff's failure to show that his underlying conviction was invalid or improper. *Id.* at 2, 4–6 (citing cases). Plaintiff did not file any objections to the R&R. After reviewing the R&R, the proposed complaint (Dkt. No. 5-1), and the remaining record, the Court does hereby find and ORDER:

(1) The Court ADOPTS the R&R.

(2) Plaintiff's proposed complaint (Dkt. No. 5-1) is DISMISSED with prejudice, and without leave to amend.

(3) The Motion for Leave to Proceed *In Forma Pauperis* (Dkt. No. 5) is DENIED as moot.

(4) The proposed Motion for Appointment of Counsel (Dkt. No. 8) is DENIED as moot.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

(5) The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Grady J. Leupold, and to close the case.

DATED this 29th day of October, 2025.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge